**OHIO CELLULAR PRODUCTS CORPORATION, Plaintiff–Appellant,**

and

**Donald E. Nelson, Third Party Defendant/Fourth Party Plaintiff–Appellant,**

v.

**ADAMS USA, INC., Defendant/Third Party Plaintiff–Cross Appellant,**

and

**Apehead Manufacturing, Inc., Defendant/Third Party Plaintiff–Appellee,**

v.

**Patrick J. Arnold, Jr. and Robert Fieseler, Fourth Party Defendants–Appellees,**

and

**James E. Lammy, Sr., Fourth Party Defendant–Cross Appellant,**

and

**Robert F. Rywalski, Fourth Party Defendant–Appellee.**

Nos. 02–1079, 02–1168, 02–1228.

United States Court of Appeals, Federal Circuit.

April 12, 2002.

### ORDER

The cross appellant * having failed to pay the docketing fee required by Federal

---

* Cross Appellant Adams USA, Inc. (cross ap-     peal filed 2/4/02)

Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.